MALCOLM MINCE V. THE STATE.

No. 5519.  Decided December 3, 1919.

Juvenile Court—Practice in Juvenile Court—Trial by Jury—Felony.

Under. the statutes a charge against one of being a delinquent child is not a felony and the jury can be waived.  Following: Lee v. State, recently decided.

Appeal from the District Court of Hale.  Tried below before the Hon. R. C. Hoiner, judge.

Appeal from a conviction theft; penalty, two years confinement in the State Industrial School for Boys, at Gatesville.

The opinion states the case.

*M. J. Baird, Geo. L. Mayfield,* for appellant.—Cited Ruling Case Law, vol. 16, page 222, article 38.

*E. A. Berry,* Assistant Attorney General, for the State.

LATTIMORE, JUDGE.—Appellant appeals from a conviction in the District Court of Hale County, sitting as a Juvenile Court and rendering a judgment finding appellant guilty of being a delinquent child, and ordering him confined in the State Industrial School for Boys, at Gatesville.  The judgment recites that a jury was waived, and appellant found guilty of being a delinquent child.

A motion for a new trial was made and overruled, and the case, as brought here, presents but one point, to wit: that the complaint filed against appellant shows him to be guilty of a felony, and that in a felony case a jury cannot be waived.  Under our statutes, a charge against one of being a delinquent child. is not a felony, and a jury can be waived.  This identical question was before this Court in the companion case of Allen Lee v. The State, decided at a former day of this term adversely to the contention of appellant.

No error appearing in the record, the judgment of the trial court is affirmed.

*Affirmed.*